UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

THE INDEPENDENCE PROJECT, INC., a New
Jersey Non-Profit Corporation, and RONALD
MOORE, Individually,

    Plaintiffs,       Case No.: 2:18-cv-13049-SDW-LDW

vs.

432 PLEASANT VALLEY WAY ASSOCIATES,
L.L.C., a New Jersey Limited Liability Company;
HARVEY MANAGEMENT CORPORATION, a
New Jersey Profit Corporation,

    Defendant(s).        /

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice without costs of attorney's fees to be imposed or charged to any party. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiffs, and the Defendants, be and the same is hereby approved;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice without costs and attorney's fees imposed or charged to any party;

3. The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

DONE AND ORDERED in Chambers at _____, _____, this _24th_ day of _June, 2020_____, 2019.

_s/Susan D. Wigenton_

UNITED STATES DISTRICT JUDGE

Copies furnished to:
Attorneys of record

2